**FORM RAB9A** (Ch 7 Ind/Jnt Db No Asset Cs)(12/09)     Case Number **10–25526**

# UNITED STATES BANKRUPTCY COURT
District of Utah

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 4/28/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James Michael Nixon<br>aka J.M. Nixon<br>PO Box 50353<br>Provo, UT 84605 | Rachael Nicole Nixon<br>aka Rachael Stevens, aka Rachael Smallwood<br>PO Box 50353<br>Provo, UT 84605 |
| Case Number:<br>10–25526 JAB | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–6278<br>xxx–xx–9871 |
| Attorney for Debtor(s) (name and address):<br>Robert S. Payne<br>Lincoln Law<br>921 West Center Street<br>Orem, UT 84057<br>Telephone number: (801) 224–8282 | Bankruptcy Trustee (name and address):<br>Philip G. Jones tr<br>853 West Center Street<br>Orem, UT 84057<br>Telephone number: (801) 224–5750 |

### Meeting of Creditors
Date: **June 16, 2010**      Time: **1:00 pm**
Location: **Provo City Library, Academy Square, 550 N. University Ave., Provo, UT 84601**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 8/16/10**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>350 South Main #301<br>Salt Lake City, UT 84101<br>Telephone number: (801) 524–6687 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>David A. Sime |
| Hours Open: 8:00 AM – 4:30 PM; Telephone 8:00 AM – 4:30 PM | Date: 5/17/10 |

### Online Information
Case information is available at no charge on our Voice Case Information System (VCIS). Call 1–800–733–6740 or (801) 524–3107 with your touch–tone telephone. Case information is also available on the Internet using our PACER service for a $.08/page fee. An account is required. Visit our homepage at **www.utb.uscourts.gov** for details.

**EXPLANATIONS** FORM RAB9A (10/05)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice/Note** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Important notice to individual debtor(s): All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Dismissal | This case may be dismissed unless a written objection to dismissal is filed by the debtor, a creditor or party in interest within 21 days after a creditors' meeting, if the debtor(s)or debtor's counsel fail to attend the creditors' meeting or fail to timely file required documents [Bankr.D.Ut. Rules 1007–2, 2003–1(a)]. A hearing on the objection to dismissal must be set at the time the objection is filed and notice of the hearing must be sent to the trustee, all creditors and parties of interest, or the case shall be dismissed. |
| Appointment of Interim Trustee | The person designated as Bankruptcy Trustee on the front side of this form has been selected as Interim Trustee of the estate of the captioned debtor(s) and the trustee's previously–filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U.S. Trustee in writing of any rejection within five days after receipt of notice of selection. |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: dlg                   Page 1 of 2                   Date Rcvd: May 17, 2010
Case: 10-25526                 Form ID: rab9a              Total Noticed: 44

The following entities were noticed by first class mail on May 19, 2010.
db/jdb        +James Michael Nixon,   Rachael Nicole Nixon,   PO Box 50353,   Provo, UT 84605-0353
aty           +Robert S. Payne,   Lincoln Law,   921 West Center Street,   Orem, UT 84057-5203
6999269       +Acs/slfc-goal Funding,   PO Box 7051,   Utica, NY 13504-7051
6999270       +Acs/slfc-goal Funding,   501 Bleecker St,   Utica, NY 13501-2401
6999272       +America First Credit U,   Po Box 9199,   Ogden, UT 84409-0199
6999273       +Arrow Financial,   8589 Aero Drive Suite 600,   San Diego, CA 92123-1722
6999275       +Canyon View Medical,   325 W Center St,   Spanish Fork, UT 84660-2060
6999276       +Cental Utah Clinic,   PO Box 30079,   Salt Lake City, UT 84130-0079
6999277       +Chip Shaner,   10 West Broadway, Ste 750,   Salt Lake City, UT 84101-2046
6999278       +Citibank / Sears,   Po Box 20363,   Kansas City, MO 64195-0363
6999279       +Collection Center,   P.O. Box 4000,   Rawlins, WY 82301-0479
6999282       +Express Recovery Svcs,   1186 E 4600 S Ste 100,   Ogden, UT 84403-4896
6999283       +Great Lake Higher Education,   2401 International Lane,   Madison, WI 53704-3192
6999284       +Ihc,   2790 Decker Lake Dr,   West Valley City, UT 84119-2057
6999285       +Ihc,   Po Box 26415,   Salt Lake City, UT 84126-0415
6999286       +Instacare,   1975 N State St,   Orem, UT 84057-2028
6999287       +Jay V Barney PC,   404 East 4500 South Suite A-38,   Salt Lake City, UT 84107-5051
6999288       +Joseph B Beecroft,   PO Box 3898,   Salt Lake City, UT 84110-3898
6999290       +Mountain Land Collections,   PO Box 1280,   American Fork, UT 84003-6280
6999291       +Mountainland Collectio,   Po Box 1280,   American Fork, UT 84003-6280
6999292       +Mtn Land Col,   Po Box 1280,   American Fork, UT 84003-6280
6999293       +N.a.r. Inc,   10 W Broadway Ste 610,   Salt Lake City, UT 84101-2041
6999294       +NCO Financial Systems Inc,   PO Box 15773,   Wilmington, DE 19850-5773
6999295       +NCO Financial Systems,   507 Prudential Road,   Horsham, PA 19044-2368
6999296       +Northland Group Inc,   PO Box 390846,   Minneapolis, MN 55439-0846
6999297       +Olson Shaner Attorney,   P.O. Box 3898,   Salt Lake City, UT 84110-3898
6999298       +Revenue Cycl,   3 Westbrook Corpor,   Westchester, IL 60154-5703
6999299       +Revenue Cycle Solutions,   PO Box 7229,   Westchester, IL 60154-7229
6999300       +Spanish Fork Clinic,   325 West Center St,   Spanish Fork, UT 84660-2060
6999302       +Timp Regional Medical Center,   PO Box 99587,   Louisville, KY 40269-0587
6999303       +Utah Community Credit,   1900 N Canyon Rd,   Provo, UT 84604-1664
6999304       +Utah Valley Emergency Phys,   PO Box 26974,   Salt Lake City, UT 84126-0974
6999305       +Utah Valley Pediatrics,   1355 N University #20,   Provo, UT 84604-2721
6999308      ++WACHOVIA DEALER SERVICES INC,   BK DEPARTMENT,   PO BOX 19657,   IRVINE CA 92623-9657
               (address filed with court: Wfs Financial/Wachovia Dealer Services,   Po Box 19657,
                Irvine, CA 92623)
6999306       +Wachovia,   PO BOX 25341,   Santa Ana, CA 92799-5341
6999309       +Zions First National B,   2460 S 3270 W,   Salt Lake City, UT 84119-1116
The following entities were noticed by electronic transmission on May 17, 2010.
tr            +EDI: QPGJONES.COM May 17 2010 19:33:00      Philip G. Jones tr,   853 West Center Street,
                Orem, UT 84057-5201
6999271       +EDI: AFNIRECOVERY.COM May 17 2010 19:33:00      Afni, Inc.,   Attn: DP Recovery Support,
                Po Box 3427,   Bloomington, IL 61702-3427
6999274       +E-mail/Text: banko@bonncoll.com                            Bonneville Billing,
                1186 E 4600 S Ste 100,   Ogden, UT 84403-4896
6999278       +EDI: SEARS.COM May 17 2010 19:33:00      Citibank / Sears,   Po Box 20363,
                Kansas City, MO 64195-0363
6999280       +E-mail/PDF: acscsl@cslinc.biz May 18 2010 00:58:00      Credit Service Of Loga,   180 N Main St,
                Logan, UT 84321-4541
6999281       +E-mail/PDF: acscsl@cslinc.biz May 18 2010 00:58:00      Credit Services of Logan,   PO Box 3730,
                Logan, UT 84323-3730
6999289       +EDI: PHINPLAZA.COM May 17 2010 19:33:00      Mitchell N Kay,   PO Box 9006,
                Smithtown, NY 11787-9006
6999301        EDI: AISTMBL.COM May 17 2010 19:33:00      T Mobile,   P.O. Box 51843,
                Los Angeles, CA 90051-6143
6999307       +EDI: WFFC.COM May 17 2010 19:33:00      Wells Fargo Auto Finance,
                13675 Technology Dr. Building C,   Eden Prairie, MN 55344-2252
                                                                                               TOTAL: 9

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 1088-2         User: dlg              Page 2 of 2            Date Rcvd: May 17, 2010
Case: 10-25526               Form ID: rab9a         Total Noticed: 44

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 19, 2010**                **Signature:** _Joseph Speetjens_